LAWRENCE G. BROWN
Acting United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br>JIMMIE DESHONE GRIFFEN,       )<br>                              )<br>            Defendant.        )<br>_____) | Mag. 09-0206 KJM<br><br>STIPULATION AND ORDER<br>CONTINUING INITIAL<br>APPEARANCE |

   IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Craig A. Tank, Counsel for Defendant Jimmie Deshone Griffen, that the initial appearance scheduled for August 17, 2009, be continued to September 21, 2009, at 2:00 p.m.

   Defendant was arrested in the Eastern District of Michigan and ordered to appear in this District pursuant to Federal Rule of Criminal Procedure 5(c)(3)(E).  The request to continue the initial appearance in this District is made on the ground that the parties are discussing potential pre-indictment resolution of

/////

1

the pending charges.  In light of these discussions, both parties are requesting additional time for attorney preparation.

The government and defendant agree that the settlement discussions constitute good cause to extend the time for initial appearance and preliminary hearing under Federal Rules of Criminal Procedure 5(c)(3)(E) and 5.1, as well as under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).  This exclusion of time includes the period up to and including September 21, 2009.

Craig Tank agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on his behalf.

DATED: August 14, 2009         By: /s/ Todd D. Leras
                                    TODD D. LERAS
                                    Assistant U.S. Attorney

DATED: August 14, 2009         By: /s/ Todd D. Leras for
                                    CRAIG A. TANK
                                    Attorney for Defendant
                                    JIMMIE DESHONE GRIFFEN

1 **IT IS HEREBY ORDERED:**

2     1. The initial appearance in this District set for August
3 17, 2009, is continued to September 21, 2009, at 2:00 p.m.
4     2. Based on the stipulations and representations of the
5 parties, the Court finds good cause to extend the time for
6 initial appearance in this District and preliminary hearing, and
7 time is excluded up to and including September 21, 2009. (18
8 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to
9 prepare)).
10     IT IS SO ORDERED.
11 DATED: August 14, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

16 Ddad1/orders.criminal/griffen0206.stipord