```
1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  1710 Broadway, # 111
   Sacramento, California  95818
3  Telephone: (916) 804-8656
```



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JIMMIE DESHONE GRIFFEN,<br><br>　　　　　　Defendant. | CASE NO. MAG.09-206 KJM<br><br>STIPULATION AND ORDER<br>CONTINUING PRELIMINARY HEARING<br><br>Date:　December 14, 2009<br>Time:　2:00 p.m.<br>Judge:　Hon. Dale A. Drozd |

　　　The parties to this action, defendant Jimmie Deshone Griffen and plaintiff United States of America, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for November 30, 2009, to December 14, 2009, at 2:00 p.m.

　　　The parties are working toward reaching a pre-indictment resolution of the pending charges. The parties further agree that the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be

1 | extended to December 14, 2009, pursuant to the Speedy Trial Act, 18
2 | U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: November 20, 2009        /s/ Shari Rusk
                                Attoreny for Defendant
                                Jimmie Deshone Griffen


                                /s/ Todd Leras
                                Assistant United States Attorney


**ORDER**

Based on the stipulation of the parties and good cause being shown, the preliminary hearing in this matter is continued to December 14, 2009, at 2:00 p.m. Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: 11/20/09

                                _____
                                Hon. Dale A. Drozd
                                United States Magistrate Judge

2