1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  1710 Broadway, # 111
   Sacramento, California  95818
3  Telephone: (916) 804-8656

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 09-206 KJM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING PRELIMINARY HEARING |
| v. | ) | |
| | ) | Date:  January 25, 2010 |
| JIMMIE DESHONE GRIFFEN, | ) | Time:  2:00 p.m. |
| | ) | Judge: Hon. Dale A. Drozd |
| Defendant. | ) | |

   The parties to this action, defendant Jimmie Deshone Griffen and plaintiff United States of America, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for December 143 2009, to January 25, 2010, at 2:00 p.m.

   The parties are working toward reaching a pre-indictment resolution of the pending charges. The parties further agree that the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be

1

extended to November 2, 2009, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

                              Respectfully submitted,

Dated: December 13, 2009     /s/ Shari Rusk
                                 Attorney for Defendant
                                 Jimmie Deshone Griffen

                                 /s/ Todd Leras
                                 Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties and good cause being shown, the preliminary hearing in this matter is continued to January 25, 2010, at 2:00 p.m. Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: December 14, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2