BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Mag. 09-0206 KJM |
| Plaintiff,        ) | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING |
| v.                ) | |
| JIMMIE DESHONE GRIFFEN,    ) | |
| Defendant.        ) | |

    IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Shari Rusk, Counsel for Defendant Jimmie Griffen, that the preliminary hearing scheduled for January 25, 2010, be continued to February 17, 2010, at 2:00 p.m. Defendant and the government are discussing possible pre-indictment resolution of this matter.  Defense counsel has requested additional discovery which she believes will assist with potential early resolution.  In light of the settlement discussions, both parties are requesting additional time for attorney preparation.

1

1  The government and defendant agree that the settlement
2 discussions constitute good cause to extend the time for
3 preliminary hearing under Federal Rules of Criminal Procedure and
4 5.1(d), as well as under the Speedy Trial Act, 18 U.S.C.
5 § 3161(h)(7)(B)(iv).  This exclusion of time includes the period
6 up to and including February 17, 2010.
7  Shari Rusk agrees to this request and has authorized
8 Assistant United States Attorney Todd D. Leras to sign this
9 stipulation on her behalf.

11 DATED: January 22, 2010        By: /s/ Todd D. Leras
                                     TODD D. LERAS
12                                    Assistant U.S. Attorney

14 DATED: January 22, 2010        By: /s/ Todd D. Leras for
                                     SHARI RUSK
15                                    Attorney for Defendant
                                     JIMMIE DESHONE GRIFFEN

**IT IS HEREBY ORDERED:**

1. The preliminary hearing set for January 25, 2010, is continued to February 17, 2010, at 2:00 p.m.

2. Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including February 17, 2010. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)).

IT IS SO ORDERED.

Date: January 22, 2010.

_____
U.S. MAGISTRATE JUDGE